IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **GENEVA WELLS, o/b/o** | * | |
| **EDDIE E. CONNER,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| vs. | * | **Civil Action  03-00810-WS-B** |
| | * | |
| **JO ANNE B. BARNHART,** | * | |
| **Commissioner of** | * | |
| **Social Security,** | * | |
| | * | |
| **Defendant.** | * | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated February 18, 2005, is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this 6th day of May, 2005.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE