# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **GENEVA WELLS, o/b/o** | * |
| **EDDIE E. CONNER,** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   **Civil Action 03-0810-WS-B** |
| | * |
| **JO ANNE B. BARNHART,** | * |
| **Commissioner of** | * |
| **Social Security,** | * |
| | * |
| Defendant. | * |

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff's claim for a period of disability and disability insurance benefits be affirmed.

**DONE** and **ORDERED** this 6th day of May, 2005.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE